STATE OF NEW JERSEY v. MICHAEL CAPANO

September 24, 1970. Petition for Certification denied.

STATE OF NEW JERSEY v. LOUIS KRIPPLEBAUER

September 24, 1970. Petition for Certification denied.

STATE OF NEW JERSEY v. CESAR CERATO

September 24, 1970. Petition for Certification denied. (See 111 *N. J. Super.* 219).

STATE OF NEW JERSEY v.
RUGGERIO BOIARDO, *ET AL.*

September 24, 1970. Petition for Certification denied. (See 111 *N. J. Super.* 219).

STATE OF NEW JERSEY v. JULIA ORSI, *ET AL.*

September 24, 1970. Petition for Certification denied. (See 111 *N. J. Super.* 219).

STATE OF NEW JERSEY v.
ANDREW GERARDO, *ET AL.*

September 24, 1970. Petition for Certification denied. (See 111 *N. J. Super.* 219).